IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:21-CV-168-FL

| | |
|---|---|
| JALA, INC. d/b/a Best Western, )<br>  Plaintiff, )<br>**v.** )<br> )<br>OWNERS INSURANCE )<br>COMPANY, )<br>  Defendant. ) | **STIPULATION OF DISMISSAL** |

The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this action is dismissed, without prejudice.

This 17th Day of November, 2022.

PENRY RIEMANN, PLLC

/s/ J. Anthony Penry
J. Anthony Penry
2245 Gateway Access Point
Suite 203
Raleigh, NC 27607
(919) 792-3892
andy.penry@penryriemann.com
*Attorney for Plaintiff*

BROWN, CRUMP, VANORE &
    TIERNEY, PLLC

/s/ O. Craig Tierney, Jr.
O. Craig Tierney, Jr.
P.O. Box 1729
Raleigh, NC 27602
(919) 890-4482
ctierney@bcvtlaw.com
*Attorney for Defendant*